[No. 12565–0–II.   Division Two.   March 15, 1990.]

*In the Matter of the Estate of*
WALTER R. FORD.

RANDY VERNE FORD, ET AL, *Appellants,* v. JUDY A. NAVEY, *Respondent.*

.Appeal from a judgment of the Superior Court for Pierce County, No. 88–4–00189–1, Arthur W. Verharen, J., entered January 13, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 12221–9–II.   Division Two.   March 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID E. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–00062–0, Barbara D. Johnson, J., entered August 11, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12652–4–II.   Division Two.   March 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FELTON ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 214212R020, J. Kelley Arnold, J., entered February 13, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.